Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Harvey Robert Klyce Debtor(s)<br><br>Linda S. Green Plaintiff(s)<br>vs.<br>Vanja Elisabeth Flak Defendant(s)<br>(See attachment for additional defendant(s)) | Bankruptcy Case No.: 19-30207<br>Chapter: 7<br><br><br>Adversary Proceeding No. 19-03051 |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| United States Bankruptcy Court<br>450 Golden Gate Avenue, 18th Fl.<br>Mail Box 36099<br>San Francisco, CA 94102 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Douglas B. Provencher<br>Law Offices of Provencher and Flatt<br>823 Sonoma Ave.<br>Santa Rosa, CA 95404 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| DATE: January 9, 2020 | TIME: 02:00 PM |
|---|---|
| LOCATION: U.S. Bankruptcy Court, 450 Golden Gate Ave. 16th Floor, San Francisco, CA 94102 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 10/29/19

Linda Jerge
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Deana Hopper (name), certify that service of this summons and copy of the complaint was made October 31, 2019 (date) by: and Order re Initial Disclosures and Discovery Conference

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Vanja Elisabeth Flak
539 W Blithedale Avenue
Mill Valley, CA 94941-4531

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

[ ] Residence Service: By leaving the process with the following adult as:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[X] \*\* Norwegian State Education Loan Fund
State Law: The defendant was served pursant to the laws of State of California, as follows: [Describe briefly] CCP section 413.10 Outside of the United States. Mailed to the Central Authority for Norway per provisions of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (Hague Service Convention). See Exhibit A Attached hereto.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date October 31, 2019       Signature /s/ Deana Hopper
                            Print Name: Deana Hopper
                            Business Address: Provencher & Flatt LLP
                            823 Sonoma Avenue
                            Santa Rosa, CA 95404

ADDITIONAL PLAINTIFFS/DEFENDANTS/ALIASES NOT LISTED ON THE FIRST PAGE

Norwegian State Educational Loan Fund, Defendant

Exhibit A

# CP 72-CUSTOMS DECLARATION

**FROM**
DOUGLAS B PROVENCHER
PROVENCHER & FLATT, LLP
823 SONOMA AVE
SANTA ROSA CA 95404-4714
UNITED STATES
707-284-2380

| Origin Post: | Date of Mailing: |
|---|---|
| US POSTAL SERVICE | 10/31/2019 |

Importer's Reference: GreenKlyce

Importer's Contact: +47 2224 5451

FLAT RATE ENVELOPE

Mailed from 95404

| Insured Value: Up to $100.00 | $0.00 |
| SDR Value: | |
| Insured Fee: | $0.00 |
| Postal Charges/Fees: | $35.65 |

**Detailed description of contents**

| | Qty. | Net Weight (lbs/ozs) | Value (US$) | HS Tariff Number | Origin Country |
|---|---|---|---|---|---|
| Legal Documents | 1 | 0   4 | 0.01 | | |
| | | | | | |
| | | | | | |
| **Category of items:** Documents | TOTAL | 0   4 | $0.01 | | |

**Exporter's reference:**

**AES/ITN/Exemption** EEL_3037a

Exporter's contact: dbp@provlaw.com

Invoice/License/Certificate No(s) | Total Dimensions: L: 0  W: 0  H: 0

0.2 lbs

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**Sender's Signature and Date**
DOUGLAS B PROVENCHER    10/31/2019

Return to Sender Instructions in case of nondelivery:
Return to Sender

**TO**
MINISTRY OF JUSTICE AND PUBLIC SECURITY
DEPARTMENT OF CIVIL AFFAIRS
P.O. BOX 8005 DEP
0030 OSLO
NORWAY
+47 2224 5451

CJ 173 000 463 US

PS Form 2976-A (March 2015)    Click-N-Ship    Do not duplicate this form without USPS approval.    This item may be opened officially.

Case: 19-03051    Doc# 7    Filed: 11/01/19    Entered: 11/01/19 07:42:51    Page 5 of 10


**PROVENCHER & FLATT LLP**

ATTORNEYS AT LAW
DOUGLAS B. PROVENCHER
GAIL F. FLATT

OF COUNSEL
JANIS HARWOOD GRATTAN
RACHEL MANSFIELD-HOWLETT
ROZ BATEMAN SMITH

October 31, 2019

Ministry of Justice and Public Security
Department of Civil Affairs
P.O. Box 8005 Dep
0030 Oslo
Norway

Re:   Green v. Flak, Norwegian State Education Loan Fund

Dear Sir/Madam:

Attached for processing in duplicate is a Request for Service Abroad of Judicial or Extrajudicial Documents along with the documents to be served.

Please contact us if there is anything else you require in order to complete the service. Our direct line is 707 284-2381 and email is dbp@provlaw.com

Sincerely,

*Deana Hopper*
Deana Hopper, Paralegal
For Douglas B. Provencher, Attorney

:dh
Enclosures: Request for Service (2)
            Summons, Complaint and Order



823 SONOMA AVENUE • SANTA ROSA, CA 95404 • TEL: (707) 284-2380 • FAX: (707) 284-2387 • E-MAIL: info@provencherandflatt.com
Case: 19-03051    Doc# 7    Filed: 11/01/19    Entered: 11/01/19 07:42:51    Page 6 of 10

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Douglas B. Provencher, CSB #77823, dbp@provlaw.com<br>Provencher & Flatt LLP<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404  Telephone (707) 284-2381<br>Attorney for Plaintiff Linda S. Green, Trustee in Bankruptcy | The Royal Ministry of Justice and Public Security<br>Department of Civil Affairs<br>P.O. Box 8005 Dep<br>0030 Oslo<br>Norway |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

Norwegian State Educational Loan Fund, Lanekassen
P.O. Box 4551
8608 Mo i Rana, Norway          Defendant

| | | |
|---|---|---|
| ☑ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

1. Summons and Notice of Scheduling Conference in an Adversary Proceeding; 2) Complaint for Avoidance and Recovery of Intentional Fraudulent Transfer; Avoidance and Recovery of Constructive Fraudulent Transfer; Avoidance of a Preferential Transfer and Turnover of Property; 3) Order re Initial Disclosures and Discovery Conference

* if appropriate / s'il y a lieu

| Done at / Fait à | Signature and/or stamp |
|---|---|
| Santa Rosa, California, USA | Signature et / ou cachet |
| The / le | |
| October 31, 2019 | |

Permanent Bureau July 2017

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
   que la demande a été exécutée*

| | |
|---|---|
| **— the (date) / le (date):** | |
| **— at (place, street, number):** à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| **— in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method*:** selon la forme particulière suivante* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
   que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at / Fait à**<br><br>**The / le** | **Signature and/or stamp** Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

Norwegian State Educational Loan Fund, Lanekassen
P.O. Box 4551
8608 Mo i Rana, Norway            Defendant

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

California State Bar Association      lrs@calbar.ca.gov
180 Howard Street
San Francisco, CA 94105
415-538-2000

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau July 2017

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
(article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** Nom et adresse de l'autorité requérante : | Douglas B. Provencher CSB #77823<br>Provencher & Flatt LLP<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404<br>Attorney for Plaintiff, Linda S. Green, Bankruptcy Trustee |
| **Particulars of the parties\*:** Identité des parties\* : | Harvey Robert Klyce, Debtor<br><br>Linda S. Green, Trustee in Bankrutcy, Plaintiff<br>v.<br>Vanja Elisabeth Flak, Norwegian State Education Loan Fund, Defendants. |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | Summons and Complaint and Order |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** Nature et objet de l'instance, le cas échéant, le montant du litige : | Recovery of money $21,000 |
| **Date and Place for entering appearance\*\*:** Date et lieu de la comparution\*\* : | January 9, 2020 U.S. Banruptcy Court, 450 Golden Gate Ave. 16th Floor, San Francisco, CA 94102 |
| **Court which has given judgment\*\*:** Juridiction qui a rendu la décision\*\* : | n/a |
| **Date of judgment\*\*:** Date de la décision\*\* : | n/a |
| **Time limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | 30 days after the date of issuance of the summons (summons was issued October 29, 2019) |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu