Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Linda S. Green, Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30207 |
| **HARVEY ROBERT KLYCE** | Chapter 7 |
| Debtor. | Judge Hannah L. Blumensteil |
| **LINDA S. GREEN, Trustee in Bankruptcy,** | A.P. No. 19-03051 |
| Plaintiff, | **NOTICE OF FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| **VANJA ELISABETH FLAK, NORWEGIAN STATE EDUCATIONAL LOAN FUND,** | Date: January 9, 2020<br>Tune: 2:00 pm<br>Courtroom: 19 |
| Defendant. | |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 15(a)(1) plaintiff has filed a *First Amended Complaint* [Docket 10] to address concerns raised by Defendant Vanja Elisabeth Flak in her *Motion to Dismiss Complaint*. [Docket 9].

The timely filing of an Amended Complaint moots the defendant Flak's Motion to Dismiss Complaint.

Dated: December 18, 2019         Provencher & Flatt LLP

By  *s/Douglas B. Provencher (77823)*
     Douglas B. Provencher
     Attorneys for Trustee

1

Notice of Filing of First Amended Complaint                           Green v. Falk