Entered on Docket
December 19, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 19, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HARVEY ROBERT KLYCE,<br><br>      Debtor.<br>_____<br>LINDA S. GREEN, Chapter 7 Trustee,<br><br>      Plaintiff,<br>v.<br><br>VANJA ELISABETH FLAK and NORWEGIAN STATE EDUCATIONAL LOAN FUND,<br><br>      Defendants. | Case No. 19-30207 HLB<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 19-03051 HLB |

**ORDER DENYING MOTION TO DISMISS AS MOOT**

On November 29, 2019, Defendant Vanja Elisabeth Flak filed a motion to dismiss this adversary proceeding as it relates to herself (Dkt. 8; the "Motion"). On December 18, Plaintiff-Trustee Linda S. Green filed an amended complaint. [Dkt. 10.] Accordingly, the court **DENIES** the Motion as moot and vacates the January 9, 2020 hearing thereon.

**\*\*END OF ORDER\*\***

## Court Service List

Norwegian State Educational Loan Fund
Lanekassen
P.O. Box 4551
8608 Mo i Rana
Norway