

**Signed and Filed: December 19, 2019**

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-30207 HLB |
| HARVEY ROBERT KLYCE, | Chapter 7 |
| Debtor. | |
| LINDA S. GREEN, Chapter 7 Trustee, | Adv. Proc. No. 19-03051 HLB |
| Plaintiff, | |
| v. | |
| VANJA ELISABETH FLAK and NORWEGIAN STATE EDUCATIONAL LOAN FUND, | |
| Defendants. | |

### ORDER CONTINUING SCHEDULING CONFERENCE

In light of the filing of an amended complaint in this action (Dkt. 10), the court **CONTINUES** the scheduling conference from January 9, 2020 to **February 20, 2020 at 2:00 p.m.** All dates and deadlines set in the court's Order re Initial Disclosures and Discovery Conference (Dkt. 5) shall be tied to the continued scheduling conference date.

**\*\*END OF ORDER\*\***

## Court Service List

Norwegian State Educational Loan Fund
Lanekassen
P.O. Box 4551
8608 Mo i Rana
Norway