Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Linda S. Green, Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**HARVEY ROBERT KLYCE**<br>　　　　　Debtor. | Case No. 19-30207<br><br>Chapter 7<br><br>Judge Hannah L. Blumensteil |
| **LINDA S. GREEN, Trustee in Bankruptcy,**<br>　　　　　Plaintiff,<br><br>v.<br><br><br>**VANJA ELISABETH FLAK, NORWEGIAN STATE EDUCATIONAL LOAN FUND,**<br>　　　　　Defendant. | A.P. No. 19-03051<br><br>**CERTIFICATE OF SERVICE** |

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and am not a party to this action. I am a resident of or employed in the county where the mailing took place. My business address is Provencher & Flatt LLP, 823 Sonoma Avenue, Santa Rosa, CA 95404.

On December 20, 2019, I served the following documents:

**FIRST AMENDED COMPLAINT [DOCKET #10]**
**ORDER CONTINUING SCHEDULE CONFERENCE [DOCKET 13]**

on the interested parties in the action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Santa Rosa, California, (unless otherwise indicated to be by hand delivery, overnight mail, electronic means, messenger or fax) addressed as follows:

ADDRESSED TO:

Norwegian State Educational Loan Fund
Lanekassen
P.O. Box 4551
8608 Mo i Rana
Norway

(X) (BY PRIORITY MAIL INTERNATIONAL) Per CCP section 413.10 Outside of the United States. Mailed to the Central Authority for Norway per provisions of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (Hague Service Convention). See Exhibit A Attached hereto.

( ) (BY FIRST-CLASS MAIL) I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the business practice at my place of business for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid

( ) (BY E-SERVICE VIA E-FILING VENDOR) I caused said document to be electronically served on all attorneys and parties of record by transmission to the E-Filing Vendor approved by the Court to provide electronic filing and service.

( ) (BY ELECTRONIC FILING) By transmission of the Notification of Electronic Filing by the Clerk to Registered Participants who have consented to service.

( ) (BY ELECTRONIC SERVICE – VIA E-MAIL) By transmission of said document by e-mail to the above addressee(s).

( ) (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the above-noted addressee(s).

( ) (BY FACSIMILE) By Facsimile machine to the above number(s). The above-described transmission was reported as complete without error by a transmission report.

( ) (BY OVERNIGHT MAIL SERVICE) I placed such envelope to be delivered by overnight mail service to the above addressee(s).

( ) (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (Federal) I declare under penalty of perjury that I am a member of the State Bar of this Court or I am an employee in the offices of a member of the State Bar of this Court at whose direction service was made.

Executed on January 8, 2020.

                                      s/Deana Hopper
                                      Deana Hopper

**Exhibit A**

PAK MAIL 0093
1535 Farmers Ln
SANTA ROSA, CA 95405
707-571-7707 Store:

Date: 12/20/19   Time: 11:43:12

USPS
CJ174470168US
Package ID: 49854

Workstation: Master Workstation

DISCLAIMER: You, the Sender, hold Pak Mail harmless for all claims associated with this shipment. Pak Mail disclaims all liability for delays, loss, or damage. Sender agrees Pak Mail is acting only as a drop off site strictly for Sender's convenience and that all inquiries related to this Shipment must be directed to the Carrier.
------------------------------------
Bring this receipt in for 15% off your next FedEx or UPS shipment.

************************************
Thank you for your business
************************************

Signature_____

First-Class Package International Service® will be temporarily unavailable on Click-N-Ship® starting January 1, 2019. You may still ship with this service by visiting a Post Office™ location.

| Create Label | Preferences | Shipping History | Address Book | SCAN Form |

Account # 102289336

# Label Details

**Label Number:**
CJ174470168US

**Terms**
Acceptance Cutoff: No Data
Acceptance Time: No Data
Expected Date: No Data
Delivery Status: No Data

**Label Actions**

USPS Tracking®
Print/Re-Print
Save PDF
Ship Again

**Need help**

File an insurance claim
Request A Refund

**Return Address:**
DOUGLAS B PROVENCHER
PROVENCHER & FLATT, LLP
823 SONOMA AVE
SANTA ROSA, CA 95404-4714
dbp@provlaw.com

**Delivery Address:**
MINISTRY OF JUSTICE AND PUBLIC SECURITY
DEPARTMENT OF CIVIL AFFAIRS
P.O. BOX 8005 DEP
OSLO
NORWAY 0030
Address is a P.O. Box
Phone: **+47 2224 5451**

Ref#: GreenKlyce

**Package:**
Ship Date: 12/20/19
Value: $0.01
Weight: 0 lbs 4 oz
From: 95404
Items in Package: 1

**Service:**
Priority Mail International®
Flat Rate Envelope

| | | | |
|---|---|---|---|
| Transaction Number: | 480293239 | Label Total: | $35.65 |
| Transaction Type: | Label | Order Total: | $35.65 |
| Payment Method: | AMEX-2008 | | |
| Payment Status: | Account Charged | | |

| Timestamp | Message |
|---|---|
| 12-20-2019 13:27:33 | LABEL PRINTED |
| 12-20-2019 13:27:25 | Getting Payment |
| 12-20-2019 13:26:49 | Setting Payment |

Back to Shipping History

| FROM | ☎ 707-284-2380 | CP 72-CUSTOMS DECLARATION | | | | | |
|---|---|---|---|---|---|---|---|
| | DOUGLAS B PROVENCHER<br>PROVENCHER & FLATT, LLP<br>823 SONOMA AVE<br>SANTA ROSA CA 95404-4714<br>UNITED STATES | Origin Post:<br>US POSTAL SERVICE | Date of Mailing:<br>12/20/2019 | | **P** | | Mailed from 95404 |
| | | Importer's Reference: GreenKlyce | | | FLAT RATE ENVELOPE | Origin Country | Insured Value:<br>Up to $100.00 |
| | | Importer's Contact: +47 2224 5451 | | | HS Tariff Number | | SDR Value: $0.00 |
| | | | | | | | Insured Fee: $0.00 |
| | | | | | | | Postal Charges/Fees: $35.65 |

| Detailed description of contents | Qty. | Net Weight (lbs/ozs) | | Value (US$) |
|---|---|---|---|---|
| legal documents | 1 | 0 | 4 | 0.01 |
| Category of Items: Documents | TOTAL | 0 | 4 | $0.01 |

Exporter's contact: dbp@proview.com    Total Dimensions: L: 0  W: 0  H: 0

Exporter's reference: EEL_3037a    Invoice/License/Certificate No(s)

AES/ITN/Exemption

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date
DOUGLAS B PROVENCHER    12/20/2019
Return to Sender Instructions in case of nondelivery:
Return to Sender

0.2 lbs

**TO**
MINISTRY OF JUSTICE AND PUBLIC SECURITY  ☎ +47 2224 5451
DEPARTMENT OF CIVIL AFFAIRS
P.O. BOX 8005 DEP
0030 OSLO
NORWAY

CJ 174 470 168 US

PS Form 2976-A (March 2015)    Click-N-Ship    Do not duplicate this form without USPS approval.    This item may be opened officially.