**Entered on Docket**
**February 04, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 4, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-30207 HLB |
| HARVEY ROBERT KLYCE, | Chapter 7 |
| Debtor. | |
| LINDA S. GREEN, Chapter 7 Trustee, | Adv. Proc. No. 19-03051 HLB |
| Plaintiff, | |
| v. | |
| VANJA ELISABETH FLAK and NORWEGIAN STATE EDUCATIONAL LOAN FUND, | |
| Defendants. | |

**ORDER GRANTING DEFENDANT VANJA ELISABETH FLAK'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

On January 3, 2020, Defendant Vanja Elisabeth Flak filed a motion to dismiss[1] the First Amended Complaint[2] filed by Plaintiff Linda S. Green, Chapter 7 Trustee, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012, with prejudice. Ms. Green has opposed the

---
[1] Dkt. 16 (the "Motion").
[2] Dkt. 10.

Motion;[3] Ms. Flak has replied.[4] On February 4, the court entered a Tentative Ruling on the Motion[5] by which the court indicated that it was inclined to grant the Motion. Both Ms. Flak and Ms. Green have advised the court that they accept the Tentative Ruling. Accordingly, the court **ORDERS** as follows:

    (1) The Motion is **GRANTED** and this adversary proceeding is dismissed as to Ms. Flak with prejudice.

    (2) The February 6, 2020 hearing on the Motion is **VACATED.**

**END OF ORDER**

---

[3] Dkt. 19.

[4] Dkt. 20.

[5] Dkt. 21 (the "Tentative Ruling").

## Court Service List

[None]