Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Linda S. Green, Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30207 |
| **HARVEY ROBERT KLYCE** | Chapter 7 |
| Debtor. | Judge Hannah L. Blumensteil |
| **LINDA S. GREEN, Trustee in Bankruptcy,** | A.P. No. 19-03051 |
| Plaintiff, | **STATUS REPORT FOR SCHEDULING CONFERENCE** |
| v. | Date: February 20, 2020 |
| **VANJA ELISABETH FLAK, NORWEGIAN STATE EDUCATIONAL LOAN FUND,** | Tune: 2:00 pm |
| | Courtroom: 19 |
| Defendant. | |

    Plaintiff is attempting service on the Foreign entity, Norwegian State Educational Loan Fund located in Norway. Plaintiff send various documents to the Norwegian Ministry of Justice and Public Security requesting it to forward service to the Educational Loan Fund on October 30, 2019.

    Plaintiff send a duplicate packet with the First Amended Complaint on December 20, 2019.

    On January 31, 2020, plaintiff received an email from The Royal Norwegian Ministry of Justice and Public Security requesting information about the Federal Rules of Civil

Procedure. Plaintiff responded citing F.R.B.P 7004 and its incorporation of Federal Rule of Civil Procedure 4.

Plaintiff has not heard back from the Ministry. On February 17, 2020, plaintiff emailed the Ministry and requested information as to the status of the service request.

Information obtained about service in Norway by the Central Authority states it takes between 3 to 5 months from the receipt of the request to the execution of the request. [https://www.hcch.net/en/authorities/details3/?aid=246].

Plaintiff's initial request was made October 31, 2019 and a renewed request was made December 20, 2019.

Assuming it will take five months, nothing will happen until May 2020.

Plaintiff requests this matter be continued to late May 2020 for a further Status Conference.

Dated: February 18, 2020                      Provencher & Flatt LLP

By *s/Douglas B. Provencher (77823)*
Douglas B. Provencher
Attorneys for Trustee