Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA  95404-4714
Telephone: (707) 284-2380
Facsimile:  (707) 284-2387

Attorneys for Linda S. Green, Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30207 |
| **HARVEY ROBERT KLYCE** | Chapter 7 |
| Debtor. | Judge Hannah L. Blumensteil |
| **LINDA S. GREEN, Trustee in Bankruptcy,** | A.P. No. 19-03051 |
| Plaintiff, | **ACKNOWLEDGMENT OF SERVICE ON NORWEGIAN STATE EDUCATIONAL LOAN FUND** |
| v. | |
| **VANJA ELISABETH FLAK, NORWEGIAN STATE EDUCATIONAL LOAN FUND,** | |
| Defendant. | |

1

Case: 19-03051    Doc# 24    Filed: 05/04/20    Entered: 05/04/20 12:50:44    Page 1 of 5
Certificate of Service                                                          Green v. Falk
                                                                       Case No. 19-03051



Dok 3

Provencher & Flatt LLP
823 Sonoma Avenue
Santa Rosa
95404 California
USA

| Deres referanse | Vår referanse | Dato |
|---|---|---|
|  | 20-029887ADM-OTIR/01 | 12.03.2020 |

## Acknowledgement of service –Statens Lånekasse For Utdanning

Please find enclosed the documents in the case.

The documents were legally served for Statens Lånekasse For Utdanning by employee Finn Arne Michelsen in person on the 10th of march 2020 at the office address of Statens Lånekasse For Utdanning at Østre Aker vei 20 in Oslo.

Oslo district court

Maren Sletten-Rambøl
caseworker

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. that the document has been served*
   que la demande a été exécutée*

| | |
|---|---|
| – the (date) / le (date): | 10th of March 2020 |
| – at (place, street, number): à (localité, rue, numéro) : | Østre Aker Vei 20, 0581 OSLO, NORWAY |
| – in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
| ☒ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* selon les formes légales (article 5, alinéa premier, lettre a))* | |
| ☐ b) in accordance with the following particular method*: selon la forme particulière suivante* : | |
| ☐ c) by delivery to the addressee, if he accepts it voluntarily* par remise simple* | |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| Identity and description of person: Identité et qualité de la personne : | ANN ARNE MICHELSEN IN PERSON |
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | EMPLOYEE AT LÅNEKASSEN (NORWEGIAN STATE EDUCATION LOAN FUND) |

☐ 2. that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / *Annexes*

| | |
|---|---|
| Documents returned: Pièces renvoyées : | |
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| Done at / Fait à  OSLO  The / le  12th of March 2020 | Signature and/or stamp Signature et / ou cachet  Maren Sletten-Rambøl |

Case: 19-03051   Doc# 24   Filed: 05/04/20   Entered: 05/04/20 12:50:44   Page 3 of 5

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. that the document has been served*
que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | 10th of March 2020 |
| — at (place, street, number): à (localité, rue, numéro) : | Østre Aker Vei 20, 0581 Oslo, Norway |
| — in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
| ☒ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* selon les formes légales (article 5, alinéa premier, lettre a))* | |
| ☐ b) in accordance with the following particular method*: selon la forme particulière suivante* : | |
| ☐ c) by delivery to the addressee, if he accepts it voluntarily* par remise simple* | |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| Identity and description of person: Identité et qualité de la personne : | FINN ARNE MICHELSEN IN PERSON |
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | EMPLOYEE AT LÅNEKASSEN (NORWEGIAN STATE EDUCATION LOAN FUND) |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| | |
|---|---|
| Documents returned: Pièces renvoyées : | |
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| Done at / Fait à  OSLO  The / le  12th of March 2020 | Signature and/or stamp Signature et / ou cachet  Maren Sletten-Rambøl |

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Douglas B. Provencher, CSB #77823, dbp@provlaw.com<br>Provencher & Flatt LLP<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404  Telephone (707) 284-2381<br>Attorney for Plaintiff Linda S. Green, Trustee in Bankruptcy | The Royal Ministry of Justice and Public Security<br>Department of Civil Affairs<br>P.O. Box 8005 Dep<br>0030 Oslo<br>Norway |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

Norwegian State Educational Loan Fund, Lanekassen
P.O. Box 4551
8608 Mo i Rana, Norway            Defendant

| | | |
|---|---|---|
| ☑ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

1. Summons and Notice of Scheduling Conference in an Adversary Proceeding; 2) Complaint for Avoidance and Recovery of Intentional Fraudulent Transfer; Avoidance and Recovery of Constructive Fraudulent Transfer; Avoidance of a Preferential Transfer and Turnover of Property; 3) Order re Initial Disclosures and Discovery Conference

* if appropriate / s'il y a lieu

| Done at / Fait à | Signature and/or stamp |
|---|---|
| Santa Rosa, California, USA<br>The / le<br>October 31, 2019 | Signature et / ou cachet<br>[signature] |

Permanent Bureau July 2017