Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Linda S. Green, Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>HARVEY ROBERT KLYCE<br><br>    Debtor. | Case No. 19-30297<br><br>Chapter 7 |
| LINDA S. GREEN, Trustee in Bankruptcy,<br><br>    Plaintiff,<br><br>v.<br><br>VANJA ELISABETH FLAK, NORWEGIAN STATE EDUCATIONAL LOAN FUND,<br><br>    Defendant. | A.P. No. 19-03051<br><br>EX PARTE REQUEST FOR ENTRY OF ORDER SETTING DEADLINE FOR DEFENDANT NORWEGIAN STATE EDUCATIONAL LOAN FUND TO RESPOND TO THE FIRST AMENDED COMPLAINT |

Plaintiff received and filed a Certificate of Service of the First Amended Complaint on Defendant Norwegian State Educational Loan Fund. [Docket 30].

Pursuant to the Court's Order entered May 22, 2020 [Docket 29], plaintiff Linda S. Green, Trustee in Bankruptcy, requests the Court set a deadline for Defendant Norwegian State Educational Loan Fund to respond to the First Amended Complaint.

Dated: June 11, 2020            *s/ Douglas B. Provencher*
                                               Douglas B. Provencher #77823
                                               Attorney for Plaintiff

1

## DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and am not a party to this action. I am a resident of or employed in the county where the mailing took place. My business address is Provencher & Flatt LLP, 823 Sonoma Avenue, Santa Rosa, CA 95404.

On June 11, 2020, I served the following documents:

EX PARTE REQUEST FOR ENTRY OF ORDER SETTING DEADLINE FOR DEFENDANT NORWEGIAN STATE EDUCATIONAL LOAN FUND TO RESPOND TO THE FIRST AMENDED COMPLAINT

**[Proposed]** ORDER SETTING DEADLINE FOR DEFENDANT NORWEGIAN STATE EDUCATIONAL LOAN FUND TO RESPOND TO THE FIRST AMENDED COMPLAINT

on the interested parties in the action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Santa Rosa, California, (unless otherwise indicated to be by hand delivery, overnight mail, electronic means, messenger or fax) addressed as follows:

ADDRESSED TO:

Norwegian State Educational Loan Fund
Lanekassen
P.O. Box 4551
8608 Mo i Rana
Norway

(X) (BY PRIORITY MAIL INTERNATIONAL) I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the business practice at my place of business for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid

( ) (BY E-SERVICE VIA E-FILING VENDOR) I caused said document to be electronically served on all attorneys and parties of record by transmission to the E-Filing Vendor approved by the Court to provide electronic filing and service.

( ) (BY ELECTRONIC FILING) By transmission of the Notification of Electronic Filing by the Clerk to Registered Participants who have consented to service.

( ) (BY ELECTRONIC SERVICE – VIA E-MAIL) By transmission of said document by e-mail to the above addressee(s).

( ) (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the above-noted addressee(s).

( ) (BY FACSIMILE) By Facsimile machine to the above number(s). The above-described transmission was reported as complete without error by a transmission report.

( ) (BY OVERNIGHT MAIL SERVICE) I placed such envelope to be delivered by overnight mail service to the above addressee(s).

( ) (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (Federal) I declare under penalty of perjury that I am a member of the State Bar of this Court or I am an employee in the offices of a member of the State Bar of this Court at whose direction service was made.

Executed on June 11, 2020.

               s/ Deana Hopper
               Deana Hopper

PROVENCHER & FLATT LLP
ATTORNEYS AT LAW
823 SONOMA AVE.
SANTA ROSA, CA 95404
(707) 284-2380