

Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Signed and Filed: December 3, 2020

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Attorneys for Linda S. Green, Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> **HARVEY ROBERT KLYCE** <br> Debtor. | Case No. 19-30207 <br> Chapter 7 <br> Judge Hannah L. Blumensteil |
| **LINDA S. GREEN, Trustee in Bankruptcy,** <br> Plaintiff, <br> v. <br> **VANJA ELISABETH FLAK, NORWEGIAN STATE EDUCATIONAL LOAN FUND,** <br> Defendant. | A.P. No. 19-03051 <br> **ORDER DISMISSING ADVERSARY PROCEEDING** |

Based on the Stipulation and Request for Order Dismissing Adversary Proceeding and good cause appearing

IT IS ORDERED THAT this adversary proceedings be dismissed without prejudice.

***END OF ORDER***

Court Service List

[None]

Green v. Falk